**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

1. **SYLVIA LYONS,**

      **Plaintiff,**

**v.**

2. **ST. SIMEON'S EPISCOPAL HOME
INC., a Domestic Not for Profit
Corporation,**

      **Defendant.**

**Case No. 13-CV-695-TCK-FHM**

### JOINT STIPULATION OF DISMISSAL

Plaintiff, Sylvia Lyons, and Defendant, St. Simeon's Episcopal Home, by and through their undersigned counsel, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of all claims and causes of action brought in this case by Plaintiff.  The parties further stipulate that they shall each bear their own attorneys' fees and costs.

Respectfully Submitted,


s/Lauren G. Lambright*
Daniel E. Smolen, OBA #19943
Lauren G. Lambright, OBA #22300
**SMOLEN, SMOLEN & ROYTMAN, PLLC**
701 South Cincinnati Avenue
Tulsa, Oklahoma  74119
Telephone:  (918) 585-2667
Facsimile:  (918) 585-2669
Email:  danielsmolen@ssrok.com
Email:  laurenlambright@ssrok.com
**ATTORNEYS FOR PLAINTIFF**

**-AND-**

s/Angelyn L. Dale
Angelyn L. Dale, OBA #10773
Stephanie T. Gentry, OBA #18612
**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706
Telephone: (918) 594-0558
Facsimile: (918) 594-0505
Email: adale@hallestill.com

**ATTORNEYS FOR DEFENDANT**

*SIGNED BY FILING ATTORNEY WITH PERMISSION FROM OPPOSING COUNSEL

2140732.1:730123:01295

2